UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHMOND BROWN TAYLOR, SR.,

    Plaintiff,

v.                                              CASE NO. 05-CV-74696-DT
                                                HONORABLE VICTORIA A. ROBERTS
JANICE E. YATES,                  MAGISTRATE JUDGE STEVEN D. PEPE

    Defendant.
_____/

## JUDGMENT

This matter having come before the Court on a *pro se* complaint, United States District Judge Victoria A. Roberts presiding, and pursuant to the order entered on February 8, 2006,

**IT IS ORDERED** that the complaint is **DISMISSED** as frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

Dated at Detroit, Michigan on  February 8, 2006.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                            By:   S/C. Pinegar
                                                    Deputy Clerk

APPROVED:
 S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE